NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**05-853**

**STATE OF LOUISIANA**

**VERSUS**

**JOSEPH PATRICK GUILLORY**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 03K0962B
HONORABLE AARON FRANK MCGEE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**James Edward Beal**
**Louisiana Appellate Project**
**P. O. Box 307**
**Jonesboro, LA 71251-0307**
**(318) 259-2391**
**Counsel for Defendant-Appellant:**
 **Joseph Patrick Guillory**

**Earl B. Taylor**
**District Attorney, 27th JDC**
**Alisa Ardoin Gothreaux**
**Assistant District Attorney, 27th JDC**
**P. O. Drawer 1968**
**Opelousas, LA 70571-1968**
**(337) 948-0551**
**Counsel for Appellee:**
 **State of Louisiana**